UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 21-21336-CV-UNGARO

ROBERTO RODRIGUEZ,

    Plaintiff,

v.

WESTERN WORLD INSURANCE
COMPANY,

    Defendant.
_____/

## **PLAINTIFF, HUGO CORRALES RULE 26(a) INITIAL DISCLOSURES**

**PLEASE TAKE NOTICE** Plaintiff, ROBERTO RODRIGUEZ, hereby serves the following Mandatory Initial Disclosures as required by Federal Rules of Civil Procedure, Rule 26(a)(1):

1. **Persons Likely to Have Discoverable Information Used to Support Plaintiff's Claims:**

a.    Roberto Rodriguez, Plaintiff
c/o SIMPSON & MENA, P.A.
2250 SW 3rd Avenue, Suite 204
Miami, FL 33129

Roberto Rodriguez is a Plaintiff and has knowledge of the subject claim, the damages and the property in general.

b.    Rafael Munoz
Munra Public Adjusters
c/o SIMPSON & MENA, P.A.
2250 SW 3rd Avenue, Suite 204
Miami, FL 33129

Rafael Munoz is the Public adjuster for this claim and has knowledge of the subject claim and inspection regarding damages and the causation of damages, as well as repair costs.

c.    Krystal Care
c/o SIMPSON & MENA, P.A.

       2250 SW 3rd Avenue, Suite 204
       Miami, FL 33129

       Krystal Care Restoration is an Emergency Mitigation and Mold Remediation company that provided the water mitigation services, and tarped services to the subject property and will have knowledge of the subject claim regarding damages as well as repair costs.

  d.    Damage Restoration Miami
       50 Biscayne Blvd, Apt 3907
       Miami, FL 33132

       Damage Restoration Miami is an Emergency Mitigation company that provided the shrink wrap service.

  e.    Tuiber Rosell Ruiz
       c/o SIMPSON & MENA, P.A.
       2250 SW 3rd Avenue, Suite 204
       Miami, FL 33129

       Mr. Rosell Ruiz performed temporary fence repairs to the insured property and has knowledge regarding the repairs made.

  f.    Any and all individuals or entities identified by Defendant in this action in their Rule 26(a)(1)(A) Initial Disclosures.

  g.    Any and all expert witnesses identified by the parties in their Rule 26(a)(2) Expert Disclosures.

  h.    Any person subsequently identified in any deposition, answer to interrogatory, or document produced in this action.

  i.    Any and all witnesses, law or expert, subsequently identified in this action.

2.    **Documents in Plaintiff's Possession Which May be Used to Support Plaintiff's Claims:**

  a.    Certified copy of the policy at issue, policy number WHO8002435.

  b.    Estimate prepared by Munra Public Adjusters.

  c.    Photographs taken by Munra Public Adjusters.

  d.    Revised Sworn Proof of Loss executed October 8th, 2020 by Plaintiff, Roberto Rodriguez.

  e.    Invoice from Krystal Care for water extraction and mitigation services.

  f.    Invoice from Krystal Care for tarping services.

  g.    Estimate prepared by Krystal Care for tarping services.

    h.    Estimate prepared by Krystal Care for water extraction and mitigation services.

    i.    Estimate prepared by Damage Restoration Miami

    j.    Fence repair check to Tuiber Rosell Ruiz.

    k.    Final demand letter from Munra Public Adjusters that the insured is rejecting appraisal.

    l.    All post-loss correspondence between the parties and their representatives.

    m.    Any documents subsequently identified in any deposition testimony or answer to interrogatory, or produced in response to any document requests, in this action by any party or witness.

    n.    All applicable statutes, regulations, and case law and ordinances.

    o.    All impeachment and rebuttal exhibits.

    p.    All documentary evidence and exhibits listed on Defendant's Rule 26 Disclosures.

    r.    All post-loss correspondence exchanged between the parties and their agents.

    s.    Any and all documents or exhibits produced by any third party.

    t.    Impeachment and rebuttal documents.

    u.    Any and all inspection reports related to the property at issue.

    v.    All visual aids that will be used to explain and highlight the experts' anticipated testimony.

    w.    Any textbooks, ordinances, statues, notes, summaries, reports, tables, data, or other documents used, relied upon, or testified from by an expert at trial.

    x.    Texts, charts, or other writings containing subject matter relevant to any issue in this case.

3. **Computation of Damages:**

Pursuant to the Public Adjuster's Estimate and Revised Sworn Proof of Loss, Plaintiff is claiming approximately $94,778.50 in damages suffered from the subject loss, as well as attorney's fees and all costs associated with the filing of this lawsuit.

4. **Inspection and Copying per Rule 34, Any Insurance Agreements:**
Policy number WHO8002435.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via electronic mail this 30th day of April 2021 to: Troy J. Seibert, Esq., Vincent A. Fernandez, Esq., Butler Weihmuller Katz Craig LLP 400 N. Ashley Drive, Suite 2300, Tampa, Florida 33602. msmalls@butler.legal; srivera@butler.legal; rnorton@butler.legal; tseibert@butler.legal; vfernandez@butler.legal.

**SIMPSON & MENA, P.A.**
2250 Southwest Third Avenue, Suite 204
Miami, Florida 33129
Telephone: (305) 912-7665
Facsimile:   (305) 503-9657
Email: alexis@simpsonmenalaw.com
             katherine@simpsonemenalaw.com
             filings@simpsonmenalaw.com

By: /s/Alexis M. Mena
     **Alexis M. Mena, Esq.**
      Florida Bar No. 117839
     **Katherine Montaner-Simpson, Esq.**
      Florida Bar No. 449090