UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 21-21336-CV-UNGARO

ROBERTO RODRIGUEZ,

    Plaintiff,

v.

WESTERN WORLD INSURANCE
COMPANY,

    Defendant.
_____/

## PLAINTIFF'S AMENDED EXPERT WITNESS LIST

**COMES NOW**, Plaintiff, ROBERTO RODRIGUEZ, by and through the undersigned counsel, and hereby submits his Expert Witness List as follows:

1.     Christopher Thompson
   Synergyn Forensics
   3535 SW 152nd Passage
   Miami, Florida 33185

   Synergyn Forensics is an engineering firm licensed in Florida. Synergyn Forensics will testify in accordance with its report, which will be served to defendant upon receipt. Synergyn Forensics will testify regarding the cause and origin of loss and extent of damages to the Plaintiff's insured property occurring on the reported date of loss.

2.     Jose Sanchez
   T&E Group, Inc.
   8720 SW 82nd Street
   Miami, Florida 33173

   T&E Group, Inc. is a licensed general contracting firm. T&E Group will testify in accordance with its report/estimate. T&E Group will address the damages to plaintiffs' insured property and costs associated therewith.

3.  All rebuttal witnesses.

4.  Witnesses whose identities and/or relevant knowledge are not presently known, but whose identity/information may become known through discovery in this case.

5.  Plaintiff reserves the right to supplement and/or amend this Expert Witness List.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was served via email and/or ePortal this 5th day of November 2021 to: Troy J. Seibert, Esq., Vincent A. Fernandez, Esq., Butler Weihmuller Katz Craig LLP 400 N. Ashley Drive, Suite 2300, Tampa, Florida 33602. msmalls@butler.legal; srivera@butler.legal; rnorton@butler.legal; tseibert@butler.legal; vfernandez@butler.legal.

**SIMPSON & MENA, P.A.**
2250 Southwest Third Avenue, Suite 204
Miami, Florida 33129
Telephone: (305) 912-7665
Facsimile:  (305) 503-9657
Email: alexis@simpsonmenalaw.com
           katherine@simpsonmenalaw.com
           filings@simpsonmenalaw.com

By: /s/Alexis M. Mena
    **Alexis M. Mena, Esq.**
    Florida Bar No. 117839
    **Katherine Montaner-Simpson, Esq.**
    Florida Bar No. 449090